```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

STEPHEN WINDSOR                                    CIVIL ACTION

VERSUS                                             NUMBER: 10-202

HOWARD PRINCE, WARDEN                              SECTION: "J"(5)

<b><u>ORDER</u></b>

The Court, having considered the petition, the record, the applicable law, Plaintiff's Objection (Rec. Doc. 15), and the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 14), hereby approves the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 14) and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Stephen Windsor for issuance of a writ of habeas corpus under 28 U.S.C. §2254 and his motion to stay are hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 2nd day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE